**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** FLORIDA
PENSACOLA **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SPICER, BOBBY | § | Case No. 12-30374LMK |
| SPICER, CONNIE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/20/2012 . The undersigned trustee was appointed on 11/21/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $    5,141.49

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim disbursement | 0.00 |
    | Administrative expenses | 0.00 |
    | Bank service fees | 0.00 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of[1]     $ | 5,141.49 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was  03/25/2015  and the deadline for filing governmental claims was  09/16/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,264.15 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,264.15 , for a total compensation of $ 1,264.15 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 168.31 , for total expenses of $ 168.31 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/23/2015                    By:         /s/JOHN E. VENN, JR., TRUSTEE
                                                JOHN E. VENN, JR., TRUSTEE
                                                220 W. GARDEN STREET
                                                SUITE 603
                                                PENSACOLA, FL 32502-0000
                                                Phone: (850) 438-0005
                                                Fax: (850) 438-1881
                                                Email: Johnvenntrustee@aol.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-30374LMK | Judge: LEWIS M. KILLIAN, JR. | Trustee Name: | JOHN E. VENN, JR., TRUSTEE |
|---|---|---|---|---|
| Case Name: | SPICER, BOBBY | | Date Filed (f) or Converted (c): | 03/20/12 (f) |
| | SPICER, CONNIE | | 341(a) Meeting Date: | 05/01/12 |
| For Period Ending: | 07/21/15 | | Claims Bar Date: | 03/25/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 934 Adams Street, Paxton, FL (123,000) - Appraised | 123,000.00 | 0.00 | | 0.00 | FA |
| 2. Army Aviation center Fed. Cred. Un. CK (139) Svgs | 149.00 | 0.00 | | 0.00 | FA |
| 3. 2 Night Stands (Secured) (20+20) Lamps (Secured) ( | 140.00 | 0.00 | | 0.00 | FA |
| 4. Bed (50) Chester (25) Dresser (25) End Tables (10) | 110.00 | 0.00 | | 0.00 | FA |
| 5. Bed (Secured) (100) Chester (Secured) (40) | 140.00 | 0.00 | | 0.00 | FA |
| 6. Bed (Secured) (200) Chest (Secured) (25) Dresser ( | 275.00 | 275.00 | | 0.00 | FA |
| 7. China Cabinet (50) Couch (100) Chair (25) Lawnmowe | 325.00 | 325.00 | | 0.00 | FA |
| 8. Computer & Misc. (150) Dinning Room Table & Chairs | 200.00 | 75.00 | | 0.00 | FA |
| 9. Dishes & Small Appliances (150) Microwave (25) 2 F | 845.00 | 0.00 | | 0.00 | FA |
| 10. Freezer (50) Washer (100) Dryer (100) 4 TV's (25+2 | 500.00 | 0.00 | | 0.00 | FA |
| 11. Night Stand (Secured) (20) | 20.00 | 20.00 | | 0.00 | FA |
| 12. Tables, Lamps & Misc. (100) Hand & Yard Tools (100 | 200.00 | 200.00 | | 0.00 | FA |
| 13. Clothing (100) | 100.00 | 0.00 | | 0.00 | FA |
| 14. 3 Stone Diamond Ring (Secured)(5,000) | 5,000.00 | 0.00 | | 0.00 | FA |
| 15. Diamond Ear Rings (100) | 100.00 | 100.00 | | 0.00 | FA |
| 16. Wedding Rings (200) Watch & Misc. (150) | 350.00 | 350.00 | | 0.00 | FA |
| 17. 9.MM (150) Camera (20) | 170.00 | 170.00 | | 0.00 | FA |
| 18. Camrecorder (40) | 40.00 | 0.00 | | 0.00 | FA |
| 19. 2004 Chevy Silverado (2,000) | 2,000.00 | 1,000.00 | | 0.00 | FA |
| 20. 2004 Lincoln Towncar(9,000) | 9,000.00 | 0.00 | | 0.00 | FA |
| 21. BP claim (u) | 0.00 | 5,141.49 | | 5,141.49 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $142,664.00 | $7,656.49 | $5,141.49 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 2

| | |
|---|---|
| Case No: 12-30374LMK    Judge: LEWIS M. KILLIAN, JR. | Trustee Name: JOHN E. VENN, JR., TRUSTEE |
| Case Name: SPICER, BOBBY | Date Filed (f) or Converted (c): 03/20/12 (f) |
| SPICER, CONNIE | 341(a) Meeting Date: 05/01/12 |
| | Claims Bar Date: 03/25/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

signed release sent to BP 6/2/15

order and motion sent to deepwater 5/12/15

ORDER ON MOTION SUBMITTED 5/6/15

Case reopened to administer BP claim of $5K.  File motion to compromise and settle

Initial Projected Date of Final Report (TFR): 12/15/12        Current Projected Date of Final Report (TFR): 12/15/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 12-30374LMK | Trustee Name: | JOHN E. VENN, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | SPICER, BOBBY | Bank Name: | ASSOCIATED BANK |
|  | SPICER, CONNIE | Account Number / CD #: | *******7061 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1359 |  |  |
| For Period Ending: | 07/21/15 | Blanket Bond (per case limit): | $ 10,276,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 07/13/15 | 21 | BP ECONOMIC AND PROPERTY DAMAGES | BP CLAIM - PER 4-13-15 NOTICE | 1249-000 | 5,141.49 |  | 5,141.49 |

|  | COLUMN TOTALS | 5,141.49 | 0.00 | 5,141.49 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
|  | Subtotal | 5,141.49 | 0.00 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
|  | Net | 5,141.49 | 0.00 |  |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
|  | Checking Account (Non-Interest Earn - ********7061) | 5,141.49 | 0.00 | 5,141.49 |
|  |  | ---------------------- | ---------------------- | ---------------------- |
|  |  | 5,141.49 | 0.00 | 5,141.49 |
|  |  | ============ | ============ | ============ |
|  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          5,141.49          0.00

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 21, 2015 |

Case Number: 12-30374LMK  
Debtor Name: SPICER, BOBBY  
Claims Bar Date: 03/25/15  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 010 V04 | CLERK, BANKRUPTCY COURT<br>110 E. PARK AVE., STE. 100<br>TALLAHASSEE, FL 32301 | Administrative | | $260.00 | $0.00 | $260.00 |
| 000001 050 U00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | Filed 12/25/14 | $7,031.42 | $0.00 | $7,031.42 |
| 000002 050 U00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | Filed 12/25/14 | $1,181.48 | $0.00 | $1,181.48 |
| 000003 050 U00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | Filed 12/25/14 | $31.30 | $0.00 | $31.30 |
| 000004 050 U00 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 12/29/14<br>(4-1) Unsecured Debt | $2,893.35 | $0.00 | $2,893.35 |
| 000006 050 U00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 02/24/15<br>(6-1) DILLARD'S AMERICAN EXPRESS | $2,585.02 | $0.00 | $2,585.02 |
| 000007 050 U00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 02/24/15<br>(7-1) DILLARD'S | $3,975.67 | $0.00 | $3,975.67 |
| 000008 050 U00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 02/24/15<br>(8-1) SAM'S CLUB | $2,715.26 | $0.00 | $2,715.26 |
| 000009 050 U00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 02/24/15<br>(9-1) SAM'S CLUB | $2,117.29 | $0.00 | $2,117.29 |
| 000010 050 U00 | eCAST Settlement Corp<br>Bass & Associates, P.C.<br>3936 E Ft. Lowell Road Suite #200<br>Tucson, AZ 85712 | Unsecured | Filed 03/20/15<br>(10-1) Account Number (last 4 digits):8390 | $1,911.13 | $0.00 | $1,911.13 |
| 000005 070 S00 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Secured | Filed 01/08/15<br>(5-1) LEWIS AND COMPANY JEWELERS | $8,499.82 | $0.00 | $8,499.82 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 21, 2015 |

Case Number: 12-30374LMK  
Debtor Name: SPICER, BOBBY  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $33,201.74 | $0.00 | $33,201.74 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-30374LMK
Case Name: SPICER, BOBBY
　　　　　　SPICER, CONNIE
Trustee Name: JOHN E. VENN, JR., TRUSTEE

　　　　　　Balance on hand　　　　　　　　　　　　　　　　$　　　　5,141.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | Wells Fargo Bank NA | $ 8,499.82 | $ 8,499.82 | $ 0.00 | $ 0.00 |

　　　　Total to be paid to secured creditors　　　　　　　　$　　　　0.00

　　　　Remaining Balance　　　　　　　　　　　　　　　　$　　　　5,141.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOHN E. VENN, JR., TRUSTEE | $ 1,264.15 | $ 0.00 | $ 1,264.15 |
| Trustee Expenses: JOHN E. VENN, JR., TRUSTEE | $ 168.31 | $ 0.00 | $ 168.31 |
| Charges: CLERK, BANKRUPTCY COURT | $ 260.00 | $ 0.00 | $ 260.00 |

　　　　Total to be paid for chapter 7 administrative expenses　　$　　　　1,692.46

　　　　Remaining Balance　　　　　　　　　　　　　　　　$　　　　3,449.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,441.92  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  14.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC | $ 7,031.42 | $ 0.00 | $ 992.21 |
| 000002 | Atlas Acquisitions LLC | $ 1,181.48 | $ 0.00 | $ 166.72 |
| 000003 | Atlas Acquisitions LLC | $ 31.30 | $ 0.00 | $ 4.42 |
| 000004 | Quantum3 Group LLC as agent for | $ 2,893.35 | $ 0.00 | $ 408.28 |
| 000006 | Capital Recovery V, LLC | $ 2,585.02 | $ 0.00 | $ 364.78 |
| 000007 | Capital Recovery V, LLC | $ 3,975.67 | $ 0.00 | $ 561.01 |
| 000008 | Capital Recovery V, LLC | $ 2,715.26 | $ 0.00 | $ 383.15 |
| 000009 | Capital Recovery V, LLC | $ 2,117.29 | $ 0.00 | $ 298.77 |
| 000010 | eCAST Settlement Corp | $ 1,911.13 | $ 0.00 | $ 269.69 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,449.03 |

Remaining Balance $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE